**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 15-25-0432

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ Ret and Sent

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

9589 0710 5270 0480 2925 27

FILE COPY



Clerk
CHRISTOPHER A. PRINE

# th Court of Appeals

x 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa/
512-463-1610

dnesday, October 8, 2025

John Eric Anderson
#00552116
Le Blanc Unit 3, Bldg. G 10 B
3695 FM 3514
Beaumont, TX 77705
**VIA CMRRR**
**9589 0710 5270 0480 2925 27**

Jacob I. Pons
Office of the Attorney General
Law Enforcement Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:   15-25-00132-CV
     Trial Court Case Number:   D-1-GN-25-001988

Style:  John Eric Anderson
        v. State of Texas, et al.

Please be advised that Appellant's motion for extension of time to file brief was GRANTED by this Court on the date noted above. The deadline for filing Appellant's brief is extended to **Friday, November 21, 2025**.

Per your request, please find the clerk's and reporter's records enclosed

Sincerely,

Christopher A. Prine, Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Eric Anderson
#00552116
Le Blanc Unit 3, Bldg G 10 B
3695 FM 3514
Beaumont Texas 77705

9590 9402 9309 4295 5123 15

2. Article Number *(Transfer from service label)*

9589 0710 5270 0480 2925 27

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Jackie Wise*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

J. Wise

C. Date of Delivery

10/16/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt